Robert K. SMITH, Appellant,

v.

STATE of Missouri, Respondent.

ED 104271

Missouri Court of Appeals,
Eastern District,
Division One.

Filed: March 7, 2017

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
10, 2017

Application for Transfer Denied
June 27, 2017

Amanda Faerber, St. Louis, MO, for appellant.

Robert J. Bartholomew, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J.,
Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Robert K. Smith appeals from a denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).